Case 1:03-cv-00115   Document 2   Filed in TXSD on 06/16/2003   Page 1 of 2

United States District Court
Southern District of Texas
FILED

JUN 1 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **LANDSTAR INVESTMENTS II, INC.** | § |
| | § CIVIL ACTION NO. B-03-115 |
| vs. | § |
| | § In Admiralty Pursuant to |
| **O/S BARRUELO** | § Rule 9(h) of the Federal |
| and its appurtenances, *in rem* | § Rules of Civil Procedure |

## MOTION FOR SUBSTITUTE CUSTODIAN

TO THE HONORABLE JUDGE OF SAID COURT:

The Complaint of **Landstar Investments II, Inc.** complaining of the **O/S Barruelo and its appurtenances,** *in rem*, has been filed in this Honorable Court. Landstar has requested that the named vessel be seized by the United States Marshal and, upon judgment, sold to satisfy the debt.

**Marine Railway, Inc.** has agreed to be responsible for the security, care, custody and maintenance of the **O/S Barruelo** and to hold the Office of the United States Marshal and the United States Government free from liability for damage to the vessel while in the custody of the substitute custodian.

WHEREFORE, Plaintiff prays this Court appoint **Marine Railway, Inc.** as the substitute custodian of the **O/S Barruelo** and relieve the Office of the United States Marshal from such responsibility and that any and all expenses incurred for safekeeping said vessel be allowed as court costs.

DATED this _16_ day of _JUNE_, 2003.

Respectfully submitted,

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

By: _/s/ Tom Fleming_
Tom Fleming
State Bar of Texas No. 07133000
Federal I.D. No. 1188

**ATTORNEYS FOR PLAINTIFF,
LANDSTAR INVESTMENTS II, INC.**