Case 1:03-cv-00115   Document 4   Filed in TXSD on 06/18/2003   Page 1 of 2

United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

4

IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

B-03-115

| | | |
|---|---|---|
| **LANDSTAR INVESTMENTS II, INC.** | § | |
| | § | CIVIL ACTION NO. _____ |
| vs. | § | |
| | § | In Admiralty Pursuant to |
| **O/S BARRUELO** | § | Rule 9(h) of the Federal |
| and its appurtenances, *in rem* | § | Rules of Civil Procedure |

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

It appearing to the Court that conservation of the value of the **O/S Barruelo** will be achieved by appointment of **Marine Railway, Inc.** as caretaker of the said **O/S Barruelo** while it remains under seizure, *in rem*, by the United States Marshal; and Plaintiff having certified that upon appointment of **Marine Railway, Inc.** as keeper that the United States Marshal be held harmless for any loss, damage, injury or other damage that might occur to said vessel while under the care of **Marine Railway, Inc.**

IT IS HEREBY ORDERED that the United States Marshal be relieved of the responsibility of providing caretaker services for the **O/S Barruelo** while under seizure, *in rem*, in the above numbered and styled action and that **Marine Railway, Inc.** be and it is hereby appointed caretaker and keeper of said vessel for the duration of its seizure, effective date hereof; and

IT IS FURTHER ORDERED that Plaintiff in the above numbered and styled cause hold harmless the United States Marshal against any loss, damage, injury or other casualty that might occur to the said **O/S Barruelo** while under the care of **Marine Railway, Inc.** for the duration of its seizure herein.

IT IS FURTHER ORDERED that any and all expenses of safekeeping said vessel while under seizure be allowed as court costs.

DONE this _18_ day of _June_, 2003.

_____
UNITED STATES DISTRICT JUDGE