United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **LANDSTAR INVESTMENTS II, INC.** § | |
| § | CIVIL ACTION NO. **B-03-115** |
| vs. § | |
| § | In Admiralty Pursuant to |
| **O/S BARRUELO** § | Rule 9(h) of the Federal |
| and its appurtenances, *in rem* § | Rules of Civil Procedure |

# ORDER

The Court having considered the Plaintiff's Complaint pursuant to Supplemental Rule C against the **O/S Barruelo, Official Number 918566**, and being of the opinion that conditions for an action *in rem* appear to exist, IT IS, THEREFORE,

ORDERED that the United States District Clerk for the Southern District of Texas, Brownsville Division, issue a Writ of Seizure against the **O/S Barruelo** directing the United States Marshal to attach the vessel on behalf of the Plaintiff; IT IS FURTHER

ORDERED that normal operations, including cargo operations, may continue aboard the vessel and the vessel may shift to another berth or berths so long as it is within the confines of the Port of Brownsville but at the risk and expense of the vessel's interest; IT IS FURTHER

ORDERED that the **O/S Barruelo** can be released from seizure without the necessity of further orders of this Court, provided the United States Marshal receives written authorization to do so from the attorney who requested the seizure, stating that he has conferred with all attorneys representing parties to the litigation, including attorneys for any intervenors and they consent to the request for the release; and also

provided that the Court has not entered any subsequent orders modifying this arrangement for the release of the vessel.

SIGNED this ___18___ day of ___June___, 2003 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE