```
                                          United States District Court
                                          Southern District of Texas
                                                   FILED
         IN THE UNITED STATES COURT
      FOR THE SOUTHERN DISTRICT OF TEXAS
              BROWNSVILLE DIVISION          JUN 2 4 2003

                                          Michael N. Milby
                                           Clerk of Court
```

| | | |
|---|---|---|
| LANDSTAR INVESTMENTS II, INC. | § | |
| | § | CIVIL ACTION NO. B-03-115 |
| vs. | § | |
| | § | In Admiralty Pursuant to |
| O/S BARRUELO | § | Rule 9(h) of the Federal |
| and its appurtenances, *in rem* | § | Rules of Civil Procedure |

## DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff **Landstar Investments II, Inc.** makes the following disclosure of entities financially interested in this litigation to include maritime lien holders and those entities which bear a relationship to Plaintiff.

1. Those entities with a relationship to Plaintiff, including parent, subsidiary and affiliated corporations, are:

    a. Landmark Global, Inc.;

    b. LMS Services, Inc.;

    c. Landmark America, Inc.;

    d. Landmark Financial Investments, Inc.;

    e. Wallingford Financial Group, Inc.;

    f. Landmark Capital Investments, Inc.;

    g. Landmark Investments, Inc.;

    h. Landmark CSA Corp.;

    i. Landmark National Corporation;

    j. Landmark Investors Group, L.L.C.;

    **k.**    Landmark Global II, Inc.;

    **l.**    Landmark National II Corporation; and

    **m.**    Landmark America II, Inc.

**2.**    Those entities who have on record maritime lien claims are:

    **a.**    U. S. Coast Guard;

    **b.**    Maritime Marine Radio Corp.; and

    **c.**    Rodco Marine Supply, Inc.

DATED the _23_ day of June, 2003.

    Respectfully submitted,

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

by: _/s/ Tom Fleming_
Tom Fleming
State Bar of Texas No. 07133000
Federal I.D. No. 1188

**ATTORNEYS FOR PLAINTIFF,
LANDSTAR INVESTMENTS II, INC.**