8

(Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 6/23/03 |
| NAME OF SERVER (PRINT) Robert Cervantes | TITLE SDUSM |

ck one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: His Son Jorge Vasquez, Jr.

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 45.00 | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/23/03         Robert Cervantes
              Date            Signature of Server

600 E. Harrison St. Ste #1032
Address of Server
Brownsville, TX. 78502

B-03-115

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.