United States District Court
Southern District of Texas
FILED

JUL 2 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LANDSTAR INVESTMENTS II, INC. | § § § | |
| VS. | § § § § | CIVIL ACTION NO. B-03-115<br><br>In Admiralty Pursuant to FRCP 9(h) |
| O/S BARRUELO<br>and its appurtenances, in rem | § § | |

## MARITIME MARINE RADIO CORP.'S NOTICE OF CLAIM

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Maritime Marine Radio Corp., complaining of the O/S Barruelo, and would show this court as follows:

**I.**

During the period from October 29, 1997 through March 3, 1998, Maritime Marine Radio Corp. provided equipment, supplies and repairs to the O/S Barruelo in the amount of $929.95, for which it has not been reimbursed.

**II.**

On July 21, 1998, Maritime Marine Radio, Corp. filed a Notice of Claim of Lien against the O/S Barruelo, attached hereto as Exhibit "A."

**III.**

Maritime Marine Radio Corp. prays that its lien against the O/S Barruelo in the amount of $929.95 be satisfied, and for all other relief to which it may be entitled.

Signed on July **25**, 2003.

                                            Respectfully submitted,

                                            MARITIME MARINE RADIO CORP.
                                            HC 70 Box 32, Shrimp Basin
                                            Brownsville, Texas 78521
                                            Telephone: (956)831-4249
                                            Facsimile: (956) 831-5166

                                            By: _[signature]_
                                            Dennis Lawler, President
                                            *Pro Se*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this instrument has on July **25**, 2003, been forwarded via U.S. mail to:

Tom Fleming
Fleming & Hernandez
1650 Paredes Line Road, Suite 102
Brownsville TX 78521

                                          _[signature]_
                                          Dennis Lawler for Maritime Marine Radio

July 23, 2003

Mr. Butch Barbosa
United States District Clerk
Federal Building
600 East Harrison Ste. 101
Brownsville, Texas 78520

                Re:    Civil No. B-03-115
                      Landstar Investments II, Inc.
                      vs. O/S Barruelo
                      U.S. District Court
                      Southern District of Texas
                      Brownsville Division

Dear Mr. Barbosa:

    Enclosed herewith for filing with the court in connection with the above referenced matter, please find one (1) original and one (1) copy of **Maritime Marine Radio Corp.'s Notice of Claim.**

    Please file stamp the front-page copy and return to my office. As noted hereunder, all counsel has been served with the same.

                                                Very Truly Yours,

Encl.

cc:

Tom Fleming
Fleming & Hernandez
1650 Paredes Line Road, Suite 102
Brownsville TX 78521
    w/encl.

NOTICE OF CLAIM OF LIEN

DATE July 21, 1998

CLAIMANT: MARITIME MARINE RADIO CORP.

ADDRESS: HC 70 Box 32 -Shrimp Basin
Brownsville, Texas 78521

VESSEL NAME: BARRUELO
OFFICIAL NUMBER: 918566

NATURE OF LIEN: Equipment, supplies, repairs & other necessaries

DATE(s) OF CREATION OF LIEN: 10/29/97 thru 3/3/98

TOTAL AMOUNT OF LIEN: $ 929.95

MARITIME MARINE RADIO CORP.
HC 70 BOX 32
SHRIMP BASIN
BROWNSVILLE, TX 78521

By _____
(signature of claimant)

----------------------------------------------------------------

ACKNOWLEDGEMENT OR NOTARIZATION

STATE OF TEXAS

COUNTY/ PARISH OF CAMERON

Sworn to and subscribed before me this date  JUL 2 1 1998

_____
Notary Public

NATIONAL VESSEL DOCUMENTATION CENTER
RECORDED: 98-71  674

EXHIBIT A