IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| LANDSTAR INVESTMENTS II, INC. | § | |
| | § | CIVIL ACTION NO. B-03-115 |
| vs. | § | |
| | § | In Admiralty Pursuant to |
| O/S BARRUELO | § | Rule 9(h) of the Federal |
| and its appurtenances, *in rem* | § | Rules of Civil Procedure |

# ORDER
# ON PROCEDURE IN A MARITIME FORECLOSURE

1. **Monition.** A citation shall issue to everyone claiming an interest in the following vessel:

   A. **Vessel's Name:**   O/S Barruelo

   B. **Official Number:**   918566

   C. **Home Port:**   NVDC

2. **Publication.** Public notice of the action shall be published in the *Brownsville Herald* once by July 10, 2003.

3. **Notice.** By July 10, 2003, the Petitioner shall mail to every person known to have a claim against the O/S Barruelo by thereby serving a copy of:

   A.   The complaint for foreclosure; and

   B.   The Monition.

4. **Schedule.**

   A.   **Claims.** By 5:00 o'clock p.m., July 25, 2003, persons claiming an interest in or against the vessel must file such claim with the Clerk of this Court and deliver or mail a copy to:

Tom Fleming
Fleming & Hernandez, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521-1602.

All persons failing to file by that date are subject to default.

**B.    Answer.**  By 5:00 o'clock p.m., July 25, 2003, persons filing a claim of an interest in the vessel must answer the complaint in writing by filing such answer with the Clerk of this Court and delivering a copy of such answer to the attorney for the Petitioner.

DONE this 30th day of June, 2003.

_____
UNITED STATES DISTRICT JUDGE