United States District Court
Southern District of Texas
FILED

JUL 2 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LANDSTAR INVESTMENTS II, INC. | § | |
| | § | |
| | § | CIVIL ACTION NO. B-03-115 |
| VS. | § | |
| | § | In Admiralty Pursuant to FRCP 9(h) |
| | § | |
| O/S BARRUELO | § | |
| and its appurtenances, in rem | § | |

## MARITIME MARINE RADIO CORP.'S NOTICE OF CLAIM

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Maritime Marine Radio Corp., complaining of the O/S Barruelo, and would show this court as follows:

### I.

During the period from October 29, 1997 through March 3, 1998, Maritime Marine Radio Corp. provided equipment, supplies and repairs to the O/S Barruelo in the amount of $929.95, for which it has not been reimbursed.

### II.

On July 21, 1998, Maritime Marine Radio, Corp. filed a Notice of Claim of Lien against the O/S Barruelo, attached hereto as Exhibit "A."

### III.

Maritime Marine Radio Corp. prays that its lien against the O/S Barruelo in the amount of $929.95 be satisfied, and for all other relief to which it may be entitled.

Signed on July 25, 2003.

                                              Respectfully submitted,

                                              MARITIME MARINE RADIO CORP.
                                              HC 70 Box 32, Shrimp Basin
                                              Brownsville, Texas 78521
                                              Telephone: (956)831-4249
                                              Facsimile: (956) 831-5166

                                              By: _____
                                                 Dennis Lawler, President
                                                 *Pro Se*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this instrument has on July 25, 2003, been forwarded via U.S. mail to:

Tom Fleming
Fleming & Hernandez
1650 Paredes Line Road, Suite 102
Brownsville TX 78521

                                            _____
                                            Dennis Lawler for Maritime Marine Radio

July 23, 2003

Mr. Butch Barbosa
United States District Clerk
Federal Building
600 East Harrison Ste. 101
Brownsville, Texas 78520

                    Re:    Civil No. B-03-115
                              Landstar Investments II, Inc.
                              vs. O/S Barruelo
                              U.S. District Court
                              Southern District of Texas
                              Brownsville Division

Dear Mr. Barbosa:

      Enclosed herewith for filing with the court in connection with the above referenced matter, please find one (1) original and one (1) copy of **Maritime Marine Radio Corp.'s Notice of Claim.**

      Please file stamp the front-page copy and return to my office. As noted hereunder, all counsel has been served with the same.

                                                      Very Truly Yours,

Encl.

cc:

Tom Fleming
Fleming & Hernandez
1650 Paredes Line Road, Suite 102
Brownsville TX 78521
        w/encl.

NOTICE OF CLAIM OF LIEN

DATE July 21, 1998

CLAIMANT: MARITIME MARINE RADIO CORP.

ADDRESS:   HC 70 Box 32 - Shrimp Basin
           Brownsville, Texas  78521

VESSEL NAME: BARRUELO
OFFICIAL NUMBER: 918566

NATURE OF LIEN: Equipment, supplies, repairs & other necessaries

DATE(s) OF CREATION OF LIEN:  10/29/97 thru 3/ 3/98

TOTAL AMOUNT OF LIEN:  $ 929.95

MAIL

United States District Court
Southern District of Texas
RECEIVED

JUL 2 8 2003

Michael N. Milby
Clerk of Court

            MARITIME MARINE RADIO CORP.
            HC 70 BOX 32
            SHRIMP BASIN
            BROWNSVILLE, TX  78521

        By _____
            (signature of claimant)

--------------------------------------------------

ACKNOWLEDGEMENT OR NOTARIZATION

STATE OF _____TEXAS_____

COUNTY/ PARISH OF ___CAMERON_____

       Sworn to and subscribed before me this date ___JUL 2 1 1998___

                                        _____
NATIONAL VESSEL DOCUMENTATION CENTER         Notary Public

RECORDED:  98-71  -674

EXHIBIT A