IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **LANDSTAR INVESTMENTS II, INC.** | § |
| | § CIVIL ACTION NO. B-03-115 |
| vs. | § |
| | § In Admiralty Pursuant to |
| **O/S BARRUELO** | § Rule 9(h) of the Federal |
| and its appurtenances, *in rem* | § Rules of Civil Procedure |

## MOTION FOR INTERLOCUTORY SALE

TO THE HONORABLE JUDGE OF SAID COURT:

**Landstar Investments II, Inc.**, Plaintiff herein, moves this Court enter an order for interlocutory sale of the Defendant vessel, **O/S Barruelo**, and in support of the motion would show:

1.  The Defendant vessel was seized on or about June 23, 2003 by the United States Marshal and is currently in the possession of a substitute custodian. Movant has reason to believe and therefore alleges that the substitute custodian is charging a daily rate for maintenance and preservation of the vessel which is becoming a substantial administrative charge against the vessel.

2.  **Maritime Marine Radio Corp.** has filed its claim in this matter for Nine Hundred Twenty-nine and 95/100ths ($929.95) Dollars pursuant to motion ordered by the Court by its order of June 30, 2003. No other claims have been filed.

3.  The order for notice to maritime claimant was entered on June 30, 2003 and more than 20 days from the service as ordered has passed. All lien claimants

except **Landstar Investments II, Inc.** and **Maritime Marine Radio Corp.** are now in default.

4. The Defendant vessel, the **O/S Barruelo**, is a shrimp trawling vessel which will require drastic refitting, repairs and substantial maintenance in order to be made ready to engage in the coastal fishing industry. Additionally, the vessel is lying at the dock incurring continual dock fees as well as the custodian fees alleged herein.

5. Furthermore, the Defendant vessel, the **O/S Barruelo**, is subject to deterioration and wasting and unless the required maintenance work is done will continue to lose value. The ongoing expense of keeping the vessel is both excessive and disproportionate to its value and is rapidly dissipating that value.

WHEREFORE, Movant **Landstar Investments II, Inc.** prays for the following:

1. A default judgment be entered against any and all persons interested in the Defendant vessel, the **O/S Barruelo**, who failed to respond to the notice given lien claimants;

2. The Court enter an order for interlocutory sale of the Defendant vessel, the **O/S Barruelo**;

3. The Movant **Landstar Investments II, Inc.** be allowed to bid on its credit to the extent of its preferred ship's mortgage of One Hundred Forty Thousand and no/100ths ($140,000.00) Dollars plus its costs, reasonable and necessary attorney's fees and accrued interest;

4. The Movant **Landstar Investments II, Inc.** be allowed to recover the amount of its unpaid preferred ship's mortgage against the **O/S Barruelo**,

including accrued interest, costs and reasonable attorney's fees incurred herein; and

5. For such other and further relief to which this Movant might be justly entitled at law or in equity.

DATED this ___19___ day of August, 2003.

Respectfully submitted,

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521
Telephone: (956) 982-4404
Telecopier: (956) 982-0943


by: _____
Tom Fleming
State Bar of Texas No. 07133000
Federal I.D. No. 1188

**ATTORNEYS FOR PLAINTIFF,
LANDSTAR INVESTMENTS II, INC.**


## CERTIFICATE OF CONFERENCE

The president of claimant, Maritime Marine Radio Corp. on August 14, 2003 stated he did not oppose this motion. This motion should be considered as unopposed.

_____
Tom Fleming

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing **MOTION FOR INTERLOCUTORY SALE** were served August _19_, 2003 in the manner(s) indicated below upon the following:

      **LIEN CLAIMANT:**
      U. S. Coast Guard
      MLC Pacific (LC)
      Coast Guard Island
      Bldg. 54C
      Alameda, California  94501-5100
      *(CMRRR, #7002 1000 0004 6928 0122*
      *and FIRST CLASS UNITED STATES MAIL)*

      **LIEN CLAIMANT:**
      Maritime Marine Radio Corp., *Pro Se*
      Attn: Dennis Lawler, President
      HC 70, Box 32, Shrimp Basin
      2600 Cajun Court
      Brownsville, Texas  78521
      *(CMRRR, #7002 1000 0004 6928 0108*
      *and FIRST CLASS UNITED STATES MAIL)*

      **LIEN CLAIMANT:**
      Rodco Marine Supply, Inc.
      HC 70, Box 4, Shrimp Basin
      1750 Anglers Place Road
      Brownsville, Texas  78521
      *(CMRRR, #7002 1000 0004 6928 0115*
      *and FIRST CLASS UNITED STATES MAIL)*

                                      */s/ Tom Fleming*
                                    Tom Fleming