20

IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LANDSTAR INVESTMENTS II, INC. | § |
| | § CIVIL ACTION NO. B-03-115 |
| vs. | § |
| | § In Admiralty Pursuant to |
| O/S BARRUELO | § Rule 9(h) of the Federal |
| and its appurtenances, *in rem* | § Rules of Civil Procedure |

## ORDER FOR INTERLOCUTORY SALE

On this, the 21st day of August, 2003, Plaintiff **Landstar Investments II, Inc.** submitted its Motion for Interlocutory Sale to the Court. After having examined the motion and the contents of the Court's file, the Court will GRANT the motion.

IT IS ORDERED, ADJUDGED AND DECREED that the Defendant vessel, **O/S BARRUELO**, be sold by the United States Marshal in a daily newspaper of general circulation in the Southern Division of Texas on at least four days between three and 31 days before the sale date, and said interlocutory sale shall proceed any time thereafter.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff **Landstar Investments II, Inc.** be allowed to bid at said foreclosure sale on its credit up to the amount of the unpaid balance of its preferred ship's mortgage, including accrued interest, costs and reasonable attorney's fees incurred in seizing the vessel.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event a bidder other than the Plaintiff **Landstar Investments II, Inc.** purchases the vessel at the sale, the amount bid be deposited with a Clerk of the Court pending further hearings on this action and pending final judgment herein.

SIGNED FOR ENTRY on the ___3___ day of ___September___, 2003 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

**COPIES:**

**ATTORNEYS FOR PLAINTIFF,
LANDSTAR INVESTMENTS II, INC.**
Tom Fleming
FLEMING & HERNANDEZ, P.C.
1650 Paredes Line Road, Suite 102
Brownsville, Texas  78521-1602

**LIEN CLAIMANT:**
U. S. Coast Guard
MLC Pacific (LC)
Coast Guard Island
Bldg. 54C
Alameda, California  94501-5100

**LIEN CLAIMANT:**
Maritime Marine Radio Corp., *Pro Se*
Attn:  Dennis Lawler, President
HC 70, Box 32, Shrimp Basin
2600 Cajun Court
Brownsville, Texas  78521

**LIEN CLAIMANT:**
Rodco Marine Supply, Inc.
HC 70, Box 4, Shrimp Basin
1750 Anglers Place Road
Brownsville, Texas  78521