**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

21

| | |
|---|---|
| **PLAINTIFF** Landstar Investments II, Inc | **COURT CASE NUMBER** B-03-115 |
| **DEFENDANT** O/S Barruelo, and its appurtenances, in rem | **TYPE OF PROCESS** Publication |

United States District Court
Southern District of Texas
FILED
SEP 11 2003
Michael N. Milby
Clerk of Court

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

The Brownsville Herald

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1136 E. Van Buren, Brownsville, Texas 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tom Fleming
Fleming & Hernandez, PC
1650 Paredes Line Road, Suite 102
Brownsvile, Texas 78520

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Monition to be published in the Brownsville Herald on the following dates:
September 19, 20, 27 & 28, 2003

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT

/s/

TELEPHONE NUMBER: (956) 982-4404
DATE: 9-9-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/9/03   Time: 3:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | -0- | | 45.00 | | 45.00 | |

REMARKS:

Monition delivered to The Brownsville Herald on 9-9-03 by 1 DUSM. Monition to be published on September 19, 20, 27 & 28, 2003.

| | | |
|---|---|---|
| **PRIOR EDITIONS MAY BE USED** | **1. CLERK OF THE COURT** | **FORM USM-285 (Rev. 12/15/80)** |