United States District Court
Southern District of Texas
FILED

OCT 21 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **LANDSTAR INVESTMENTS II, INC.** | § |
| | § CIVIL ACTION NO. B-03-115 |
| vs. | § |
| | § In Admiralty Pursuant to |
| **O/S BARRUELO** | § Rule 9(h) of the Federal |
| and its appurtenances, *in rem* | § Rules of Civil Procedure |

## MOTION FOR CONFIRMATION OF SALE

TO THE HONORABLE JUDGE OF SAID COURT:

**Landstar Investments II, Inc.** files this Motion for Confirmation of Sale, and would show:

1. On the 15th day of October 2003, the United States Marshal for the Southern District of Texas, by his deputy, sold at public sale and pursuant to the law and in accordance with the rules of this Court, the defendant vessel **O/S Barruelo**, Official Number **918566**, her engines, etc., *in rem*, and on said date **Landstar Investments II, Inc.** bid Twenty-five Thousand and no/100ths ($25,000.00) Dollars for said vessel which was the highest bid offered at said sale. This bid price exceeded the latest estimate of value from a Certified Marine Surveyor as shown by the report of present condition and valuation attached hereto as Exhibit A.

2. More than three days have elapsed since the sale of the **O/S Barruelo** and no person or entity whatsoever has made any objection thereto or offered to pay any higher price for the defendant vessel.

3.  The bid made by **Landstar Investments II, Inc.** was fair and reasonable and made in an honest manner without the commission of any fraud in connection therewith.

Plaintiff **Landstar Investments II, Inc.** prays that the interlocutory sale of the above referenced defendant vessel be confirmed.

DATED: October 20, 2003.

> Respectfully submitted,
>
> FLEMING & HERNANDEZ, P.C.
> 1650 Paredes Line Road, Suite 102
> Brownsville, Texas 78521
> Telephone: (956) 982-4404
> Telecopier: (956) 982-0943
>
> by: _____
> Tom Fleming
> State Bar of Texas No. 07133000
> Federal I.D. No. 1188
>
> **ATTORNEYS FOR PLAINTIFF,**
> **LANDSTAR INVESTMENTS II, INC.**

### CERTIFICATE OF CONFERENCE

On the 15th day of October 2003, by telephone conference, **Maritime Marine Radio Corp.** advised that it had no objection to this motion.

_____
Tom Fleming

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION FOR CONFIRMATION OF SALE** was served October 20, 2003 in the manner(s) indicated below upon the following:

> **LIEN CLAIMANT:**
> Maritime Marine Radio Corp., *Pro Se*
> Attn: Dennis Lawler, President
> HC 70, Box 32, Shrimp Basin
> 2600 Cajun Court
> Brownsville, Texas 78521
> *(CMRRR, #7002 1000 0004 6927 8259*
> *and FIRST CLASS UNITED STATES MAIL)*

_____
Tom Fleming

P.O. Box 6375
Corpus Christi, TX 78466
mcmarine@caller.infi.net
Fax: 361/882-4678

# McALLISTER MARINE SURVEYING COMPANY

Marc A. McAllister
NAMS Certified
ABYC • NFPA
Phone: 361/882-4677

July 29, 2003

Mr. Tom Fleming
Attorney At Law
1650 Paredes Land Rd., Ste. 102
Brownsville, Texas 78521

Ref:   F/V "BARRUELO"
       Valuation

Dear Mr. Fleming,

As you requested, on July 11, 2003, I attended at Zimco Shipyard, Brownsville, Texas for the purpose of reporting upon the present condition and valuation of the 1987, 75' steel diesel trawler **"BARRUELO"**. The vessel was found afloat. Our inspection revealed the vessel to be in very poor condition. It is apparent that there has been no maintenance of the hull and machinery in recent years. The hull, deck and superstructure are heavily corroded with scale rust. The fishing and propulsion machinery are in poor conditions and non-operational. The accommodation area is uninhabitable. The vessel has no navigation equipment.

It is apparent that major renovation and refitting would be necessary to bring the vessel back to serviceable condition. The cost of these repairs, estimated to be over $120,000, cannot be justified in the current market place. Should disposal of the asset be suggested, it is the recommendation of the undersigned marine surveyor that an attempt be made to auction it on an "as is/where is" basis. If this is unsuccessful, it is recommended that the vessel be sold as scrap.

This report is made without prejudice to the rights and/or interests of whom it may concern.



Marc A. McAllister
Marine Surveyor

EXHIBIT NO. A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LANDSTAR INVESTMENTS II, CO. | § | C.A. NO. **B-03-115** |
| VS. | § | |
| O/S BARRUELO | § | |
| and its appurtenances, *in rem* | § | |

### AFFIDAVIT OF VALUE

STATE OF TEXAS § 
COUNTY OF Nueces §

BEFORE ME, the undersigned authority, personally came and appeared Marc Andrew McAllister, who after being duly sworn, did depose and say:

I am the owner and principal marine surveyor of McAllister Marine Surveying Co., Corpus Christi, Texas. I have been engaged in the business of appraising marine vessels since 1981. I am familiar with the F/V "**BARRUELO**", and I have surveyed and inspected the 1987 yard built steel shrimp trawler, Official No. **918566**. I am fully familiar with the design, type and class of vessels such as the F/V "**BARRUELO**." and am familiar with market conditions involving the same and/or similar vessels; and in my opinion the F/V "**BARRUELO**" had a fair market value of **$24,000.00** at the end of its last voyage.

Marc A. McAllister, C.M.S.
Marine Surveyor

**SWORN TO AND SUBSCRIBED BEFORE ME** the undersigned authority on this 5th day of August 2003, to certify which my hand and seal of office.

CAROLYN CASTRO
Notary Public, State of Texas
My Commission Expires Sept. 24, 2005

Notary Public in and for the State of Texas

My commission Expires:_____