24

# Civil Courtroom Minutes

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Stella Cavazos |
| **LAW CLERK** | ■ Nicolas ☐ Levesque |
| **DATE** | 10 / 27 / 03 |
| **TIME** | ___ a.m. — ___ a.m. <br> 2:07 p.m. — 2:10 p.m. |
| **CIVIL ACTION** | B – 03 – 115 |
| **STYLE** | LANDSTAR INVESTMENTS II, INC <br> *versus* <br> O/S Burrela, et al. |



United States District Court
Southern District of Texas
FILED

OCT 27 2003

Michael N. Milby, Clerk of Court

**DOCKET ENTRY**

(HGT) ■ Initial Pre-Trial Hearing:                    (Court Reporter: Heather Hall)

Tom Fleming for ■Plaintiff

■ Order to be entered.

■ Comments:

1. Mr. Fleming represented to the Court that he would file for default as soon as the Court entered an order confirming sale of the vessel.

2. Mr. Fleming represented that the one claimant in this case is not opposed to entry of confirmation or default.