IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **LANDSTAR INVESTMENTS II, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-115 |
| | § | |
| O/S BARRUELO and its appurtenances | § | |
| in rem, JORGE VASQUEZ, SR, | § | |
| ROSA VASQUEZ, and | § | |
| JORGE VASQUEZ, JR | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on October 27, 2003, the United States Marshal's sale of the vessel O/S Barruelo, No. 918566, and her appurtenances is confirmed.

The marshal is **ORDERED** to issue a bill of sale for the vessel as is, where is, to Landstar Investment II, Inc.

DONE at Brownsville, Texas, this 27th day of October 2003.

_____
Hilda G. Tagle
United States District Judge