United States District Court
Southern District of Texas
FILED

OCT 3 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **LANDSTAR INVESTMENTS II, INC.** § | |
| § | **CIVIL ACTION NO. B-03-115** |
| vs. § | |
| § | In Admiralty Pursuant to |
| **O/S BARRUELO** § | Rule 9(h) of the Federal |
| and its appurtenances, *in rem* § | Rules of Civil Procedure |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **Landstar Investments II, Inc.**, the Plaintiff herein, and files the following Motion for Entry of Default Judgment as to Defendant **O/S Barruelo and her appurtenances,** *in rem*, and would show:

1.      Plaintiff **Landstar Investments II, Inc.** filed its Original Complaint on or about June 16, 2003. Defendant **O/S Barruelo** was served June 19, 2003; the owners of the **O/S Barruelo, Jorge Vasquez, Sr.; Jorge Vasquez, Jr.; and Rosa Vasquez** were each served on June 23, 2003. The defendant vessel has failed to file an answer herein, and the cited owners have failed to make a claim for the vessel.

2.      Copies of the Monition signed June 30, 2003 directing the manner of service and setting of time for filing maritime lien claims were served via Certified United States Mail, Return Receipt Requested, upon the **United States Coast Guard; Maritime Marine Radio Corp.; and Rodco Marine Supply, Inc.** Except for **Maritime Marine Radio Corp.**, each of the above referenced lien claimants has failed to answer herein. With respect to **Maritime Marine Radio Corp.**, said entity is unopposed to the pending entry of the proposed default judgment.

3. The Plaintiff filed its Motion for Interlocutory Sale August 21, 2003; an Order for Interlocutory Sale was entered on September 3, 2003; and the sale of the defendant vessel was held October 15, 2003.

4. The Plaintiff filed its respective Motion for Confirmation of Sale October 21, 2003. Once again, neither the Defendants nor any respective lien claimant filed any type of objection to said motion; the Order for Confirmation of Sale was signed effective October 27, 2003.

WHEREFORE, Plaintiff prays this Court set this matter for hearing so as to allow Plaintiff to present its evidence for the entry of a judgment by default against Defendant **O/S Barruelo and her appurtenances,** *in rem* in the sum of One Hundred Forty Thousand and no/100ths ($140,000.00) Dollars, together with pre-judgment interest and post-judgment interest, contractual attorney fees and costs of court herein; however, the interlocutory sale of the **O/S Barruelo** sold October 15, 2003 in the amount of Twenty-five Thousand and no/100ths ($25,000.00) Dollars shall be credited to said amount.

WHEREFORE, Plaintiff further prays this Court to enter default judgment against any and all persons failing to respond to the published Notice of Monition and any and all other lien claimants.

DATED: <u>October 29, 2003</u>.

Respectfully submitted,

**FLEMING & HERNANDEZ, P.C.**
1650 Paredes Line Road, Suite 102
Brownsville, Texas 78521
Telephone: (956) 982-4404
Telecopier: (956) 982-0943

by: _____
Tom Fleming
State Bar of Texas No. 0713300
Federal I.D. No. 1188

**ATTORNEYS FOR PLAINTIFF,
LANDSTAR INVESTMENTS II, INC.**

## CERTIFICATE OF CONFERENCE

On the 15th day of October 2003, by telephone conference, **Maritime Marine Radio Corp.** advised that it had no objection to this motion.

_____
Tom Fleming

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **MOTION FOR ENTRY OF DEFAULT JUDGMENT** was served October 29, 2003 in the manner(s) indicated below upon the following:

>   **LIEN CLAIMANT:**
>   Maritime Marine Radio Corp., *Pro Se*
>   Attn: Dennis Lawler, President
>   HC 70, Box 32, Shrimp Basin
>   2600 Cajun Court
>   Brownsville, Texas 78521
>   <u>(CMRRR, #7002 1000 0004 6927 8211
>   and FIRST CLASS UNITED STATES MAIL)</u>

_____
Tom Fleming