**IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **LANDSTAR INVESTMENTS II, INC.** | § | |
| | § | **CIVIL ACTION NO. B-03-115** |
| vs. | § | |
| | § | **In Admiralty Pursuant to** |
| **O/S BARRUELO** | § | **Rule 9(h) of the Federal** |
| and its appurtenances, *in rem* | § | **Rules of Civil Procedure** |

## DEFAULT JUDGMENT

CAME ON TO BE CONSIDERED the above entitled and numbered cause of action; the above referenced Defendants have failed to answer herein; in conjunction with an Order for Interlocutory Sale entered September 3, 2003 and an Order for Confirmation of Sale entered *October 27*____, 2003, the Court renders the following judgment:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered against Defendant **O/S Barruelo and her appurtenances,** *in rem*, in the sum of One Hundred Forty Thousand and no/100ths ($140,000.00) Dollars, together with pre-judgment interest and post-judgment interest, contractual attorney fees and costs of court herein; however, the interlocutory sale in the amount of Twenty-five Thousand and no/100ths ($25,000.00) Dollars of the Defendant **O/S Barruelo** sold October 15, 2003 shall be credited to said amount.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that default judgment be rendered against any and all persons failing to respond to the published Notice of Monition.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment be rendered against maritime lien claimants, the **United States Coast Guard; Maritime Marine Radio Corp.; and Rodco Marine Supply, Inc.**

IT IS FURTHER ORDERED that judicial notice be taken of any and all previously entered orders in the above entitled and numbered cause of action, and said orders be confirmed. Any and all further relief not specifically stated is hereby denied.

SIGNED FOR ENTRY on the _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

**COPIES:**

**Maritime Marine Radio Corp.,** Attn: Dennis Lawler, President; HC 70, Box 32, Shrimp Basin; 2600 Cajun Court; Brownsville, Texas 78521

**Tom Fleming,** FLEMING & HERNANDEZ, P.C.; 1650 Paredes Line Road, Suite 102; Brownsville, Texas 78521-1602